**Opinion issued August 5, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00243-CV
_____

## IN RE FRESH START HOME SERVICES, LLC, AND ANDREW JOBE, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Fresh Start Home Services, LLC, and Andrew Jobe, have filed a petition for writ of mandamus, complaining that the trial court abused its discretion when it (1) did not "render and reduce its oral pronouncements" on their plea in abatement "to a written order," (2) limited abatement of the suit under section 17.505(e) of the Texas Deceptive Trade Practices Act to 60 days, (3) denied relators'

plea in abatement to "cure [a] party deficiency," and (4) denied Jobe's motion to dismiss under Texas Rule of Civil Procedure 91a.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.

---

[1] The underlying case is *AGH JV1, LLC v. Fresh Start Home Services, LLC, Andrew Jobe, and Nicolasa Flores*, cause number 2024-56976, pending in the 189th District Court of Harris County, Texas, the Honorable Tamika Craft-Demming, 189th District Court presiding.